UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIA TORRES,

              Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

CIVIL ACTION NO.: 20 Civ. 3497 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 28, 2021, the Commissioner of Social Security ("Commissioner") requested an extension of its deadline to respond to Plaintiff's motion for judgment on the pleadings from January 29, 2021 until March 1, 2021. (ECF No. 18). The Court granted that request. (ECF No. 19). The Commissioner has not yet filed its opposition, nor has it requested a further extension of time to do so. Accordingly, the Court extends the Commissioner's deadline to file its opposition until **Monday, March 8, 2021**. Plaintiff's reply, if any, shall be due by **Monday, March 29, 2021**.

Dated:      New York, New York
              March 4, 2021

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**